UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------X
UNITED STATES OF AMERICA        :

            -against-          :
                                        ORDER
REGINE MAYALA,                  :
                                        10-CR-627 (DMC)
            Defendant.          :

------------------------------X

          The defendant, REGINE MAYALA, having been placed on supervised release on March 19, 2009, and

          REGINE MAYALA, having successfully completed more than three years of supervised release, and

          There being no objection from the Government or the Department of Probation; it is hereby

          ORDERED, that REGINE MAYALA's motion for early termination of supervised release, as set forth in defense counsel's letter to the Court dated April 9, 2012, and pursuant to 18 U.S.C. §3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c), is granted.

          REGINE MAYALA is hereby terminated from supervised release

DATED:    Newark, NJ
          April ___10th____, 2012


                    SO ORDERED:


                     S/DENNIS M. CAVANAUGH_____
                    DENNIS M. CAVANAUGH
                    U.S. District Court Judge